1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE NATHAN ESLAMI,

Plaintiff.

Case No. 20-07847 BLF (PR)
Case No. 20-09395 BLF (PR)

**ORDER CONSOLIDATING CASES;
OF DISMISSAL**

Plaintiff, who is currently being held at the California State Prison Solano ("CSP-Solano") in Vacaville, California, filed a letter addressed to the Honorable Judge J. Tigar, claiming unsafe prison conditions at CSP-Solano due to the prison's inadequate response to the pandemic. Due to a clerical error, the matter was opened as two separate cases as shown in the above caption.[1] For the sake of efficiency, the Court orders these two matters consolidated under the first case number, Case No. 20-07847 BLF (PR).

The Clerk sent Plaintiff separate notices to file a motion for leave to proceed *in forma pauperis* and to file a form complaint in each case. In response, Plaintiff filed a letter stating that he "did not nor do I desire to initiate a civil case in any manner at this time," and requests the clerk to "fix this error." Case No. 20-07847 BLF (PR), Dkt. No. 5. Because Plaintiff clearly never intended to initiate a civil action when he filed the letter, the Court will grant the request and dismiss this consolidated matter. No filing fee will be

---

[1] Both these matters were recently reassigned to this Court. The document used to open both files are identical and bear the same received stamp of "Nov 02 2020." Compare Case No. 20-07847 BLF (CR), Dkt. No. 1 at 1, to Case No. 20-09395 BLF (CR), Dkt. No. 1 at 1.

due for either action.

The Clerk shall terminate any pending motions in these consolidated cases and close the files.

**IT IS SO ORDERED.**

**Dated:  _February 11, 2021_____**

BETH LABSON FREEMAN
United States District Judge

Order Consolidating Cases; of Dismissal
PRO-SE\BLF\CR.20\007847.9395Eslami_consol&dism

United States District Court
Northern District of California

2